UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

MOHAMMED AHMED NUGDALLA,

            Plaintiff,                   **ECF CASE**

    v.

                                          07 Civ. 8198 (LAP)

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.

                                          NOTICE OF APPEARANCE

           Defendants.
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         October 3, 2007

                                                Respectfully submitted,

                                               MICHAEL J. GARCIA
                                               United States Attorney for the
                                               Southern District of New York

                          By:    /s/_____
                                               WENDY H. WASZMER
                                               Assistant United States Attorney
                                               86 Chambers Street, 3rd Floor
                                               New York, New York 10007
                                               Telephone: (212) 637-2729
                                               Facsimile: (212) 637-2717
                                               Email: wendy.waszmer@usdoj.gov

To:    Steven A. Mundie, Esq.
         291 Broadway, Suite 1005
         New York, NY 10007