. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                    District of                    New York

Mohammed Ahmed Nugdalla

**SUMMONS IN A CIVIL ACTION**

V.

Michael Chertoff, Sec'y of the DHS, and the
USCIS, by its New York District Office

CASE NUMBER:

07 CIV 8198

JUDGE PRESKA

TO: (Name and address of Defendant)

Michael Chertoff
Washington, DC 20528

U.S. Citizenship and Immigration Services
Andrea Quarantillo, District Director
26 Federal Plaza, 8th Floor, Room 800, New York, NY 10278

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven A. Mundie, Esq.
Baron, Mundie & Shelkin, P.C.
291 Broadway, Suite 1005
New York, NY 10007

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              SEP 19 2007

CLERK                                            DATE

_/s/ Marcos Quintero_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE September 25, 2007 |
| NAME OF SERVER (PRINT) Amy Cheung | TITLE Receptionist |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: U.S. Attorney's SDNY
86 Chambers Street
New York, NY 10007   and

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Michael Chertoff, Secretary of the Department of Homeland Security
United States Citizenship and Immigration Services
Washington, DC 20528

☐ Returned unexecuted:

☒ Other (specify):   DHS was served by first class mail.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   September 26, 2007         *[signature]*
              Date                         Signature of Server

c/o Baron, Mundie & Shelkin, P.C.
291 Broadway, Suite 1005
New York, NY 10007
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.