**U.S. Department of Justice**

United States Attorney
Southern District of New York

*86 Chambers Street*
*New York, New York 10007*

November 26, 2007

BY HAND
The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Suite 1320
New York, New York 10007

   Re: Nugdalla v. Chertoff, et al.,
       07 Civ. 8198 (LAP)

Dear Judge Preska:

   This Office represents defendants in the above-referenced action challenging an alleged delay in the adjudication of plaintiff Mohammed Ahmed Nugdalla's application for Temporary Protected Status ("TSP"). The Government's answer to plaintiff's complaint is due today, November 26, 2007.

   I write respectfully to request a thirty-day extension of time, from November 26, 2007, until December 26, 2007, to respond to the complaint in this case. We make this request because this Office has not yet received the relevant agency files from the U.S. Department of Homeland Security, and will require time to review these materials in order to respond to plaintiff's allegations.

   This is the defendants' first request for an extension of time in this case. Plaintiff's counsel, Steven A. Mundie, Esq., consents to this request.

   We thank the Court for its consideration of this request.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
DISTRICT JUDGE
november 27, 2007

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
WENDY H. WASZMER
Assistant United States Attorney
Telephone: (212) 637-2729
Facsimile: (212) 637-2717

```
cc:  STEVEN A. MUNDIE, ESQ.
     (By Federal Express)
     Counsel for Plaintiff Mohammed Ahmed Nugdalla
     Baron, Mundie & Shelkin, P.C.
     291 Broadway, Suite 1005
     New York, New York 10007
```