MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: WENDY H. WASZMER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2729
Fax: (212) 637-2717



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MOHAMMED AHMED NUGDALLA
(A # 078 691 833),

        Plaintiff,

    v.

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security, et al.,

        Defendants.
------------------------------------------------------------x

07 Civ. 8198 (LAP)

STIPULATION OF
VOLUNTARY DISMISSAL

    WHEREAS, on or about October 21, 2005, plaintiff Mohammed Ahmed Nugdalla (A # 078 691 833) ("Plaintiff"), submitted an application for Temporary Protected Status (the "TPS Application") to the United States Citizenship and Immigration Services ("USCIS");

    WHEREAS, on or about September 19, 2007, Plaintiff filed the above-captioned action (the "Complaint"), alleging that USCIS had failed to adjudicate the TPS Application in a timely manner; and

    WHEREAS, by Notice dated December 10, 2007, USCIS notified Plaintiff that the TPS Application has been granted for the period of time from October 26, 2007, until November 2, 2008;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and USCIS as follows:

1. Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Complaint is voluntarily dismissed with prejudice and without costs or fees to any party.

2. Plaintiff and USCIS understand and agree that this Stipulation of Voluntary Dismissal contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York           Dated: New York, New York
       December 18, 2007                   December 17, 2007

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                    Southern District of New York

By: _____       By: _____
    STEVEN A. MUNDIE, ESQ.              WENDY H. WASZMER
    Baron, Mundie & Shelkin, P.C.       86 Chambers Street, Third Floor
    291 Broadway, Suite 1005            New York, New York 10007
    New York, New York 10007            Telephone No. (212) 637-2729
    Telephone: (212) 264-7500           Facsimile No. (212) 637-2717
    Facsimile: (212) 264-7111

The Clerk of the Court shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

December 28, 2007

TOTAL P.03